UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LEE EDKINS,

       Petitioner,                      Case No. 1:11-cv-1263

v.                                          HON. JANET T. NEFF

UNITED STATES OF AMERICA,

       Respondent.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a habeas action filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 17, 2013, recommending that this Court dismiss Petitioner's case pursuant to FED. R. CIV. P. 41(b) and W.D.Mich.L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of the court. The Report and Recommendation was duly served on the parties. Service of the Report and Recommendation on Petitioner was returned, marked "return to sender," "not at institution" and "unable to forward" (Dkt 11). No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 9) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Petitioner's case is DISMISSED pursuant to FED. R. CIV. P. 41(b) and W.D.Mich.L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of the court.

Dated: August 12, 2013                                   /s/Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge